# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A/Z CORPORATION, | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | No. 1:15-cv-533 |
| | : | |
| LOWE'S HOME CENTER, LLC, | : | (Judge Kane) |
|     Defendant | : | |
| | : | |
|     v. | : | |
| | : | |
| SMART START LIGHTING, LLC, | : | |
|     Third-Party Defendant | : | |

## ORDER

**AND NOW,** on this 31st day of March 2016, **IT IS HEREBY ORDERED THAT** Third-Party Defendant Smart Start Lighting, LLC's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. No. 18), is **GRANTED** as follows:

1. Plaintiff A/Z Corporation's unjust enrichment claim, raised in Count IV of the Rule 14(a)(3) claim (Doc. No. 11), is **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiff A/Z Corporation's fraud claim, raised in Count V of the Rule 14(a)(3) claim (Doc. No. 11), is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff A/Z Corporation is granted leave to amend its Rule 14(a)(3) claim, (Doc. No. 11), within thirty days of the date of this order to cure the defects noted in the accompanying memorandum;

4. Defendant Lowe's Home Center, LLC's "sole liability and liability over" claims, raised in Count II of the third party complaint (Doc. No. 6), are **DISMISSED WITH PREJUDICE**; and

5. Defendant Lowe's Home Center, LLC's "exoneration" claim, raised in Count III of the third party complaint (Doc. No. 6), is **DISMISSED WITH PREJUDICE**.

                                                                              S/ Yvette Kane
                                                                              Yvette Kane, District Judge
                                                                              United States District Court
                                                                              Middle District of Pennsylvania